1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, an individual, | CASE NO. CV08-07914-AHM-FMOx |
| Plaintiff, | [*The Honorable A. Howard Matz*] |
| v. | **ORDER RE: STIPULATION FOR DISMISSAL** |
| AVIS RENT-A-CAR SYSTEM, LLC, a Delaware limited liability company; , et al. | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-styled action known as U.S. District Court CASE NO. CV08-07914-AHM-FMOx is hereby dismissed with prejudice, subject to the Court's retained jurisdiction as set forth in the Consent Decree entered by the Court on November 5, 2009.

DATED: February 2, 2010

*[signature: A. Howard Matz]*

Honorable A. Howard Matz
U.S. District Court Judge

**JS-6**

Case No 2:08-CV-07914-AHM (FMOx)

ORDER RE: STIPULATION FOR DISMISSAL